In re Nomination Petition of Lawrence M. FARNESE, Jr., as A Candidate for The Democratic Nomination for Senator in the General Assembly from the First Senatorial District.

Objection of John H. Morley, Jr.

Appeal of John H. Morley, Jr.

Supreme Court of Pennsylvania.

May 28, 2013.

### ORDER

PER CURIAM.

AND NOW, this 28th day of May, 2013, the Order of the Commonwealth Court is AFFIRMED.

■

In re Nomination Petition of John H. MORLEY, Jr., as Candidate for the Democratic Nomination for the Office of Senator in the General Assembly of District Number One in the Primary Election of April 24, 2012.

Petition of Stanley Field and Max Nacheman.

Appeal of John H. Morley, Jr.

Supreme Court of Pennsylvania.

May 28, 2013.

### ORDER

PER CURIAM.

AND NOW, this 28th day of May, 2013, the Order of the Commonwealth Court is AFFIRMED.

■

COMMONWEALTH of Pennsylvania, Appellee

v.

Steward STECKLEY, Jr., Appellant.

Supreme Court of Pennsylvania.

Submitted Sept. 19, 2012.
Decided May 28, 2013.

### ORDER

PER CURIAM.

AND NOW, this 28th day of May, 2013, the appeal is dismissed as having been improvidently granted.